# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jerry Dean Craft**<br>DOB: 1969; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-05738MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about February 16, 2020, in the District of Arizona, **Jerry Dean Craft**, knowing or in reckless disregard that certain aliens, including Isidro Gaspar-Joaquin, Austin Pedro-Martinez, Isidro Lopez-Perez, Arnulfo Medrano-Tehuintle, and Feliciano Barragan-Diaz, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about February 16, 2020, in the District of Arizona (Sonoita), United States Border Patrol Agents (BPA) encountered a 1994 Dodge Van at the SR-83 immigration checkpoint with two visible occupants. The driver was identified as **Jerry Dean Craft**. The BPA questioned the **Craft** and the front seat passenger as to their citizenship. **Craft** responded for both and said that the passenger works for his brother. The BPA determined that the passenger was in the U.S. illegally. **Craft** said "he threaten to kill me if I didn't pick him up." and "there are more in the back under the seat." The BPA found five illegal aliens in the back of the van. Five of the illegal aliens were identified as Isidro Gaspar-Joaquin, Austin Pedro-Martinez, Isidro Lopez-Perez, Arnulfo Medrano-Tehuintle, and Feliciano Barragan-Diaz.

Material witnesses Isidro Gaspar-Joaquin, Austin Pedro-Martinez, Isidro Lopez-Perez, Arnulfo Medrano-Tehuintle, and Feliciano Barragan-Diaz stated that they had made arrangements to be smuggled into the United States for money. All five said that they crossed the border illegally. Medrano said he and another illegal alien were picked up by a van. The driver took them to the driver's residence where they spent the night. The next day, the driver took them to a hotel where they picked up four individuals. Medrano identified **Craft** as the driver of the van in a photo lineup.

In a post-*Miranda* statement, **Craft** said that he agreed to transport people from the Dollar General in Herford to Tucson for $200 USD each. He said that when he picked them up, they all sat on the seats in the van. Hey hid on their own as they approached the checkpoint. Craft said that he believed that the checkpoint was going to be closed when they came through.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:** Isidro Gaspar-Joaquin, Austin Pedro-Martinez, Isidro Lopez-Perez, Arnulfo Medrano-Tehuintle, and Feliciano Barragan-Diaz

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>February 18, 2020 |

1) See Federal rules of Criminal Procedure Rules 3 and 54